IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON ADAM KARTOON,<br><br>          Plaintiff,<br><br>     v.<br><br>BRENTON SCHNEIDER, ET AL.,<br><br>          Defendants. | No. C 15-04967 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION** |

On October 29, 2015, Plaintiff Deron Adam Kartoon, proceeding *pro se*, filed a complaint for damages for use of excessive force by an arresting officer and for failure to provide adequate medical treatment and an application to proceed *in forma pauperis*. On November 9, 2015, Magistrate Judge Kandis A. Westmore denied Plaintiff's application to proceed *in forma pauperis* and required that the filing fee of $400.00 be paid no later than December 2, 2015. No filing fee was paid. Without consent, on December 15, 2015, this matter was reassigned to the undersigned with a Report and Recommendation ("Report") to dismiss this action for failure to pay the filing fee. The Court has received no objections.

The Court has reviewed Magistrate Judge Westmore's Report and finds it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 8, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE